1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.P. Moller-Maersk A/S, | No. CIV 07-1093-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Kwamina Wilson, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Entry of Judgment. [Dkt. 5 ] Pursuant to the Stipulation of Plaintiff A.P. Moller-Maersk A/S, dba Maersk Sealand, and Defendant Kwamina Wilson, dba Wilson Enterprise Export and Import,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff A.P. Moller-Maersk A/S dba Maersk Sealand is granted Judgment against Defendant Kwamina Wilson dba Wilson Enterprise Export and Import as follows:

(1) For damages in the principal sum of $24,748.55;

(2) For post-judgment interest on the above principal sum at the rate of ten percent (10%) per annum from the date of this Judgment until paid or if Defendant defaults under the Settlement Agreement dated June 1, 2007, the default interest rate on any principal sum still due and owing shall be eighteen percent (18%) per annum; and

(3) For any and all costs of collection including attorneys' fees and costs incurred in the future in trying to collect on this Judgment subject to Court approval.

DATED this 18th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge